THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. CIV-11-406-D |
| | ) | |
| JAMES L. JACKSON and DEBRA LEE WILLIAMS, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On June 21, 2011, the Court Clerk filed an Entry of Default [Doc. No. 9] in which he correctly certified that Defendant Debra Lee Williams had been timely served with summons and the Complaint, but had failed to timely plead or otherwise defend this action. On June 30, 2011, Debra Lee Williams, appearing *pro se*, filed an Answer [Doc. No. 11].

The Court conducted a status and scheduling conference in this case on September 1, 2011; Debra Lee Williams attended the conference, as did co-defendant, James L. Jackson, who also appears *pro se*. The Court has determined that the Entry of Default [Doc. No. 9] should be, and is hereby, set aside; the June 21, 2011 Answer of Debra Lee Williams is construed as timely filed. The plaintiff has no objection to the Court granting such relief.

The defendants are cautioned, however, that they must comply with all deadlines established by the Court. The fact that they appear *pro se* does not excuse them from complying with all Court orders, as well as the Federal Rules of Civil Procedure and the Local Civil Rules of this Court. *Shrader v. Biddinger*, 633 F. 3d 1235, 1249 n.9 (10th Cir. 2011) (citing *Garrett v. Selby Connor*

*Maddux & Janer,* 425 F.3d 836, 840 (10th Cir.2005)).

    IT IS SO ORDERED this 1st day of September, 2011.

 

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE